UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DON TERRY,

        Petitioner,

- against -

JAMES T. CONWAY,

        Respondent.
------------------------------------------------------------X

**JUDGMENT**
11-CV-2647 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge.

    A Memorandum and Order of the undersigned having been filed this day denying this petition for a writ of habeas corpus, denying a certificate of appealability, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

    ORDERED, ADJUDGED AND DECREED that petitioner take nothing of respondent; that the petition for a writ of habeas corpus is denied; that a certificate of appealability is denied; and that this case is hereby closed.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       July 25, 2016

_____
ROSLYNN R. MAUSKOPF
United States District Judge